FILED BY ____ D.C.

02 OCT 10 AM 10:09

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

---

**MONSANTO COMPANY,**

    Plaintiff,

vs.

**KEM RALPH,**

    Defendant.

Case No. 02-MC-0026

---

## ORDER OF REFERENCE

---

Before the court is Defendant's Motion to Claim Exemptions to Quash Garnishment and for Temporary Stay of Enforcement of Judgment filed on October 2, 2002, in this case.

This matter is hereby referred to the United States Magistrate Judge for a Determination. Any exceptions to the Magistrate Judge's order shall be made by motion within ten (10) days of the order. Further, all exceptions shall be stated with particularity.

IT IS SO ORDERED this 9th day of October 2002.

                                                **BERNICE B. DONALD**
                                              **UNITED STATES DISTRICT JUDGE**

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-10-02



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:02-MC-00026 was distributed by fax, mail, or direct printing on October 10, 2002 to the parties listed.

---

C. Ballard Scearce
HUSCH & EPPENBERGER, LLC
The Heritage Center
736 Cherry St.
Chattanooga, TN 37402

James L. Robertson
WISE CARTER CHILD & CARAWAY, P.A.
P.O. Box 651
401 East Capitol Street
Ste. 600
Jackson, MS 39205

Paul E. Barnes
WISE CARTER CHILD & CARAWAY, P.A.
P.O. Box 651
401 East Capitol Street
Ste. 600
Jackson, MS 39205

J. Daniel Breen
US MAGISTRATE JUDGE
167 N. Main St.
Ste. 921
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT